UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

13 FEB 19  PM 4: 31

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1:13-cr- |
| | ) | |
| LARUE ARTIS, | ) | **1 : 13 -cr- 0 0 3 8 WTL -DML** |
| | ) | |
| Defendant. | ) | |

## INFORMATION

(Theft of Government Funds, 18 U.S.C. § 641)

The United States Attorney charges that:

On or about February 6, 2007, in the Southern District of Indiana, LARUE ARTIS,

defendant herein, stole $932 belonging to the United States, whereby LARUE ARTIS used tricks

and deceit on a federal financial aid application to unlawfully obtain money and funds of the

United States Department of Education.

All in violation of Title 18, United States Code, Section 641.

Joseph H. Hogsett
United States Attorney
Southern District of Indiana

STATE OF INDIANA      )
                         )    SS:
COUNTY OF MARION   )

     Bradley P. Shepard, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

                                        Bradley P. Shepard
                                        Assistant United States Attorney

     Subscribed and sworn to before me, a notary public, on this 19th day of February, 2013.

                                 Carrie A. Griffin
                                 Notary Public

My Commission Expires:

January 21, 2016

My County of Residence:

Hancock

2